**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

June 3, 2025

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:    *Fagnani v. Kaleidoscope Hair Products Global, LLC, et al.*
       Case No.: 1:25-cv-1708

Dear Judge Failla,

The undersigned represents Mykayla Fagnani, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Kaleidoscope Hair Products Global, LLC and Kaleidoscope Hair Products, L.L.C. (collectively "Defendant"). With Defendant's consent, the undersigned respectfully requests that the Initial Conference scheduled for June 13, 2025, at 2:30 PM (Dkt. 8) be adjourned for 30 days because the Parties would like this additional time to discuss a possible dispositive resolution without further judicial intervention. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application GRANTED.  To facilitate the parties' discussions about a possible resolution, the initial pretrial conference previously scheduled for June 13, 2025, is hereby ADJOURNED to **July 11, 2025,** at **12:30 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:     June 4, 2025          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE